**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 07-1456**

———————————

PAUL YONGO,

Plaintiff - Appellant,

versus

US ARMY ACTIVE DUTY; DEFENSE FINANCE AND
ACCOUNTING SERVICE, (DFAS-PO/DE),

Defendants - Appellees.

———————————

**No. 07-1608**

———————————

PAUL YONGO,

Plaintiff - Appellant,

versus

US ARMY ACTIVE DUTY; DEFENSE FINANCE AND
ACCOUNTING SERVICE, (DFAS-PO/DE),

Defendants - Appellees.

———————————

Appeals from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Louise W. Flanagan, Chief
District Judge. (5:07-cv-00093-FL)

———————————

Submitted: November 14, 2007      Decided: January 23, 2008

———————————

Before NIEMEYER and KING, Circuit Judges, and WILKINS, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Paul Yongo, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Paul Yongo appeals the district court's orders dismissing his civil complaint under 28 U.S.C. § 1915(e)(2)(B) (2000), and denying his motion for an injunction pending appeal. We have reviewed the record and find that these appeals are frivolous. Accordingly, we dismiss the appeals for the reasons stated by the district court. See Yongo v. US Army Active Duty, No. 5:07-cv-00093-FL (E.D.N.C. May 2, 2007; May 31, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED